**Lee Ann Donaldson**
OSB No. 093319
leeann@ladonaldsonlaw.com
Donaldson Law LLC
1211 SW 5th Ave. Ste 2250
Portland, OR 97204
(503)343-1300
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| THE ESTATE OF SKYE BASKIN, by and through its personal representative, TRAI BASKIN,<br><br>          Plaintiff,<br><br>v.<br><br>STEPHANIE RIDGLEY, an individual, CHRISTIAN HUGHES, an individual, NICOLE TEIGEN, an individual, TENNILLE REDMOND, an individual, ANTHONY DEAN, an individual APRIL COMBS, an individual, STEPHANIE MORGAN, an individual JOHN DOES 1-10;<br><br>        Defendant(s).<br><br>And<br><br>THE WELLPATH HOLDINGS, INC. LIQUIDATED TRUST, MATTHEW J. DUNDON, TRUSTEE,<br><br>Nominal Defendant | Case No.: 6:26-cv-00683<br><br><br><br><br><br>**PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |

PAGE 1 – **PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

On June 16, 2026, the court ordered the Plaintiff to appear in writing to show cause why this case should not be dismissed for failure to prosecute.  Counsel for the defendants and plaintiff's counsel have been in communication with each other.  Given the varied dates of service and the waiver of service in this matter, the parties agreed to a slight extension of the joint response to the complaint of June 22, 2026.  If no response has been filed by June 22, 2026, Plaintiff will seek a default, pursuant to Fed. R. Civ. P. 55.  Plaintiff respectfully requests that the court not dismiss this case for want of prosecution.

Dated June 22, 2026

*/s/ Lee Ann Donaldson*

Lee Ann Donaldson, OSB No. 093319
DONALDSON LAW LLC
1211 SW 5TH Ave, Ste 2250
Portland, OR 97204
(503)343-1300
leeann@ladonaldsonlaw.com
*Counsel for Plaintiff*