**Jonathan D. Ballard, OSB No. 230240**
**Ross C. Taylor, OSB No. 227035**
jonathan@foxballard.com
ross@foxballard.com
FOX BALLARD PLLC
1325 Fourth Ave, Suite 1500
Seattle, WA 98101
206-800-2727

*Attorneys for Defendants Stephanie Ridgley,*
*Christian Hughes, Nicole Teigen, Tennille*
*Redmond, Anthony Dean, April Combs, and*
*Stephanie Morgan*

Judge Mustafa T. Kasubhai

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| THE ESTATE OF SKYE BASKIN, by and through its personal representative, TRAI BASKIN,<br><br>      Plaintiff,<br><br>   v.<br><br>STEPHANIE RIDGLEY, an individual, CHRISTIAN HUGHES, an individual, NICOLE TEIGEN, an individual, TENNILLE REDMOND, an individual, ANTHONY DEAN, an individual APRIL COMBS, an individual, STEPHANIE MORGAN, an individual, JOHN DOES 1-10;<br><br>      Defendant(s).<br><br>And<br><br>THE WELLPATH HOLDINGS, INC. LIQUIDATED TRUST, MATTHEW J. DUNDON, TRUSTEE,<br><br>Nominal Defendant | No. 6:26-cv-00683-MTK<br><br>DEFENDANTS STEPHANIE RIDGLEY, CHRISTIAN HUGHES, NICOLE TEIGEN, TENNILLE REDMOND, ANTHONY DEAN, APRIL COMBS, AND STEPHANIE MORGAN'S ANSWER TO COMPLAINT |

DEFENDANTS STEPHANIE RIDGLEY, CHRISTIAN
HUGHES, NICOLE TEIGEN, TENNILLE REDMOND,
ANTHONY DEAN, APRIL COMBS, AND STEPHANIE
MORGAN'S ANSWER TO COMPLAINT - 1



Defendants, Stephanie Ridgley, Christian Hughes, Nicole Teigen, Tennille Redmond, Anthony Dean, April Combs, and Stephanie Morgan (the "Answering Defendants"), by and through their attorneys of record, Jonathan D. Ballard and Ross C. Taylor of Fox Ballard PLLC, in answer to Plaintiff's Complaint, admit, deny, and allege as follows:

## I. PLAINTIFF'S INTRODUCTION

1. This is an introductory paragraph to which no response is required. To the extent any response is required, Answering Defendants deny any allegations of neglect or wrongdoing.

## II. JURISDICTION AND VENUE

2. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

3. This paragraph states only legal conclusions to which no response is required. To the extent a response is required, Answering Defendants do not contest jurisdiction at this time.

4. This paragraph states only legal conclusions to which no response is required. To the extent a response is required, Answering Defendants do not contest pendant jurisdiction at this time.

5. This paragraph states only legal conclusions to which no response is required. To the extent a response is required, Answering Defendants do not contest that venue is proper in this District at this time.

## III. PARTIES

6. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

7. The Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

8. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Answering Defendants admit that Stephanie Ridgley is a licensed nurse

DEFENDANTS STEPHANIE RIDGLEY, CHRISTIAN HUGHES, NICOLE TEIGEN, TENNILLE REDMOND, ANTHONY DEAN, APRIL COMBS, AND STEPHANIE MORGAN'S ANSWER TO COMPLAINT - 2



1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

practitioner and was employed by Wellpath LLC ("Wellpath"). Based on information and belief, Answering Defendants admit further that at all times relevant Stephanie Ridgley was acting in the course and scope of her employment at the Douglas County Jail. Any allegation not admitted is denied.

9. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Answering Defendants admit that Christian Hughes is a licensed clinical social worker and was employed by Wellpath. Based on information and belief, Answering Defendants admit further that at all times relevant Christian Hughes was acting in the course and scope of his employment at the Douglas County Jail. Any allegation not admitted is denied.

10. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Answering Defendants admit that Nicole Teigen is a licensed practical nurse and was employed by Wellpath. Based on information and belief, Answering Defendants admit further that at all times relevant Nicole Teigen was acting in the course and scope of her employment at the Douglas County Jail. Any allegation not admitted is denied.

11. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Answering Defendants admit that Tennille Redmond is a licensed registered nurse and was employed by Wellpath. Based on information and belief, Answering Defendants admit further that at all times relevant Tennille Redmond was acting in the course and scope of her employment at the Douglas County Jail. Any allegation not admitted is denied.

12. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Answering Defendants admit that Anthony Dean is a licensed practical nurse and was employed by Wellpath. Based on information and belief, Answering Defendants admit further that at all times relevant Anthony Dean was acting in the course and scope of his employment at the Douglas County Jail. Any allegation not admitted is denied.

13. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Answering Defendants admit that April Combs is a licensed medical

DEFENDANTS STEPHANIE RIDGLEY, CHRISTIAN HUGHES, NICOLE TEIGEN, TENNILLE REDMOND, ANTHONY DEAN, APRIL COMBS, AND STEPHANIE MORGAN'S ANSWER TO COMPLAINT - 3

FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

assistant and was employed by Wellpath. Based on information and belief, Answering Defendants admit further that at all times relevant April Combs was acting in the course and scope of her employment at the Douglas County Jail. Any allegation not admitted is denied.

14. This paragraph states legal conclusions to which no response is required. To the extent a response is required, Answering Defendants admit that Stephanie Morgan is a licensed medical assistant and was employed by Wellpath. Based on information and belief, Answering Defendants admit further that at all times relevant Stephanie Morgan was acting in the course and scope of her employment at the Douglas County Jail. Any allegation not admitted is denied.

15. This paragraph regards Doe defendants to which no response is required. To the extent a response is required, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

16. This paragraph is not directed at Answering Defendants and no response is required. To the extent a response is required, the pleadings of the cited bankruptcy action speak for themselves. As to any remaining allegations, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

17. This paragraph is not directed at Answering Defendants and no response is required. To the extent a response is required, the pleadings of the cited bankruptcy action speak for themselves. As to any remaining allegations, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

18. This paragraph states legal conclusions to which no response is required. To the extent any response is required, Answering Defendants deny any allegations of neglect or wrongdoing. Answering Defendants also refer to Paragraphs 8 to 14.

## IV. PLAINTIFF'S FACTUAL ALLEGATIONS

19. This paragraph states legal conclusions to which no response is required. To the extent any response is required, Answering Defendants admit the Douglas County Jail houses pretrial detainees and persons convicted of crimes. As to any remaining allegations, Answering

DEFENDANTS STEPHANIE RIDGLEY, CHRISTIAN HUGHES, NICOLE TEIGEN, TENNILLE REDMOND, ANTHONY DEAN, APRIL COMBS, AND STEPHANIE MORGAN'S ANSWER TO COMPLAINT - 4

FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

20. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of This paragraph, and on that basis deny the same.

21. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of This paragraph, and on that basis deny the same.

22. This paragraph alleges to quote NCCHC jail standards. To the extent any response is required, Answering Defendants respond that the referenced documents speak for themselves. As to any remaining allegations, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

23. This paragraph alleges to quote NCCHC jail standards. To the extent any response is required, Answering Defendants respond that the referenced documents speak for themselves. As to any remaining allegations, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

24. This paragraph alleges to quote NCCHC jail standards. To the extent any response is required, Answering Defendants respond that the referenced documents speak for themselves. As to any remaining allegations, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

25. This paragraph alleges to quote NCCHC jail standards. To the extent any response is required, Answering Defendants respond that the referenced documents speak for themselves. As to any remaining allegations, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

26. This paragraph alleges to quote NCCHC jail standards. To the extent any response is required, Answering Defendants respond that the referenced documents speak for themselves. As to any remaining allegations, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

27. This paragraph alleges to quote NCCHC jail standards. To the extent any response is required, Answering Defendants respond that the referenced documents speak for themselves. As to any remaining allegations, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

28. This paragraph alleges to quote NCCHC jail standards. To the extent any response is required, Answering Defendants respond that the referenced documents speak for themselves. As to any remaining allegations, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

29. This paragraph alleges to quote NCCHC jail standards. To the extent any response is required, Answering Defendants respond that the referenced documents speak for themselves. As to any remaining allegations, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

30. This paragraph alleges to quote NCCHC jail standards. To the extent any response is required, Answering Defendants respond that the referenced documents speak for themselves.  As to any remaining allegations, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

31. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

32. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of This paragraph, and on that basis deny the same.

33. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of This paragraph, and on that basis deny the same.

34. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of This paragraph, and on that basis deny the same.

35. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of This paragraph, and on that basis deny the same.

FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

36. The Answering Defendants admit only that Wellpath contracted with Douglas County to provide certain services. As to any remaining allegations, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

37. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

38. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

39. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

40. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

41. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

42. The Answering Defendants include medical professionals of different types and duties, and object to the allegations of this paragraph being vaguely alleged against them without regard to their roles, responsibilities, or alleged involvement. To the extent a response is required, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

43. The Answering Defendants include medical professionals of different types and duties, and object to the allegations of this paragraph being vaguely alleged against them without regard to their roles, responsibilities, or alleged involvement. To the extent a response is required, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

44. The Answering Defendants include medical professionals of different types and duties, and object to the allegations of this paragraph being vaguely alleged against them without regard to their roles, responsibilities, or alleged involvement. To the extent a response is required,

DEFENDANTS STEPHANIE RIDGLEY, CHRISTIAN HUGHES, NICOLE TEIGEN, TENNILLE REDMOND, ANTHONY DEAN, APRIL COMBS, AND STEPHANIE MORGAN'S ANSWER TO COMPLAINT - 7

FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

45. The Answering Defendants include medical professionals of different types and duties, and object to the allegations of this paragraph being vaguely alleged against them without regard to their roles, responsibilities, or alleged involvement. To the extent a response is required, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

46. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

47. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

48. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

49. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

50. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

51. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

52. The Answering Defendants include medical professionals of different types and duties, and object to the allegations of this paragraph being vaguely alleged against them without regard to their roles, responsibilities, or alleged involvement. To the extent a response is required, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

53. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

54. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

55. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

56. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

57. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

58. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

59. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

60. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

61. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

62. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

63. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

64. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

65. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

66. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

DEFENDANTS STEPHANIE RIDGLEY, CHRISTIAN HUGHES, NICOLE TEIGEN, TENNILLE REDMOND, ANTHONY DEAN, APRIL COMBS, AND STEPHANIE MORGAN'S ANSWER TO COMPLAINT - 9



1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

67. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

68. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

69. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

70. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

71. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

72. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

73. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

74. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

75. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

76. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

77. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

78. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

79. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

DEFENDANTS STEPHANIE RIDGLEY, CHRISTIAN HUGHES, NICOLE TEIGEN, TENNILLE REDMOND, ANTHONY DEAN, APRIL COMBS, AND STEPHANIE MORGAN'S ANSWER TO COMPLAINT - 10



PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

80. The Answering Defendants include medical professionals of different types and duties, and object to the allegations of this paragraph being vaguely alleged against them without regard to their roles, responsibilities, or alleged involvement. To the extent a response is required, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

81. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

82. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

83. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

84. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

85. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

86. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

87. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

88. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

89. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

90. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

91. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

92. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

93. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

94. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

95. Deny.

96. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

97. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

98. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

99. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

100. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

101. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

102. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

103. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

DEFENDANTS STEPHANIE RIDGLEY, CHRISTIAN HUGHES, NICOLE TEIGEN, TENNILLE REDMOND, ANTHONY DEAN, APRIL COMBS, AND STEPHANIE MORGAN'S ANSWER TO COMPLAINT - 12



PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

104. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

105. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

106. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

107. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

108. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

109. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

110. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

111. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

112. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

113. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

114. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

115. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

116. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.



FoxBallard PLLC

1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

117. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

118. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

119. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

120. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

121. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

122. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

123. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

124. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

125. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

126. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

127. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

128. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

129. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

DEFENDANTS STEPHANIE RIDGLEY, CHRISTIAN HUGHES, NICOLE TEIGEN, TENNILLE REDMOND, ANTHONY DEAN, APRIL COMBS, AND STEPHANIE MORGAN'S ANSWER TO COMPLAINT - 14



PLLC

1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

130. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

131. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

132. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

133. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

134. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

135. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

136. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

137. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

138. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

139. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

140. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

141. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

142. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

DEFENDANTS STEPHANIE RIDGLEY, CHRISTIAN HUGHES, NICOLE TEIGEN, TENNILLE REDMOND, ANTHONY DEAN, APRIL COMBS, AND STEPHANIE MORGAN'S ANSWER TO COMPLAINT - 15



FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

143. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

144. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

145. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

146. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

147. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

148. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

149. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

150. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

151. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

152. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

153. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

154. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

155. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.



FoxBallard PLLC

1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

156. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

157. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

158. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

159. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

160. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

161. The Answering Defendants are without sufficient knowledge or information to either admit or deny the allegations of this paragraph, and on that basis deny the same.

## V. PLAINTIFF'S ALLEGED CAUSES OF ACTION AGAINST

*Plaintiff's First Alleged Cause of Action: Deliberate Indifference to Serious Medical needs.*

162. This paragraph merely realleges and incorporates preceding paragraphs by reference. The Answering Defendants reallege and incorporate by reference their responses to all prior paragraphs as if fully set forth herein.

163. Deny.

164. Deny.

165. Deny.

166. Deny.

*Plaintiff's Second Alleged Cause of Action: Monell*

167. This paragraph merely realleges and incorporates preceding paragraphs by reference. The Answering Defendants reallege and incorporate by reference their responses to all prior paragraphs as if fully set forth herein.

FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

168. This paragraph is not directed at Answering Defendants. To the extent a response is required, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

169. This paragraph is not directed at Answering Defendants. To the extent a response is required, Answering Defendants refer to their responses to Paragraphs 163-166, denying liability. To the extent further response is required as to Wellpath, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

170. This paragraph is not directed at Answering Defendants. To the extent a response is required, Answering Defendants refer to their responses to Paragraphs 163-166, denying liability. To the extent further response is required as to Wellpath, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

171. This paragraph is not directed at Answering Defendants. To the extent a response is required, Answering Defendants refer to their responses to Paragraphs 163-166, denying liability. To the extent further response is required as to Wellpath, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

172. This paragraph is not directed at Answering Defendants. To the extent a response is required, Answering Defendants refer to their responses to Paragraphs 163-166, denying liability. To the extent further response is required as to Wellpath, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

173. This paragraph is not directed at Answering Defendants. To the extent a response is required, Answering Defendants refer to their responses to Paragraphs 163-166, denying liability. To the extent further response is required as to Wellpath, Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

//

DEFENDANTS STEPHANIE RIDGLEY, CHRISTIAN HUGHES, NICOLE TEIGEN, TENNILLE REDMOND, ANTHONY DEAN, APRIL COMBS, AND STEPHANIE MORGAN'S ANSWER TO COMPLAINT - 18

FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

*Plaintiff's Third Claim: Negligence*

174. This paragraph merely realleges and incorporates preceding paragraphs by reference. The Answering Defendants reallege and incorporate by reference their responses to all prior paragraphs as if fully set forth herein.

175. This paragraph is not directed at Answering Defendants. To the extent a response is required, Answering Defendants deny.

176. Deny.

177. The Answering Defendants are without sufficient knowledge or information to either admit or deny, and on that basis deny the same.

*Plaintiff's Third Claim: Gross Negligence*

178. This paragraph merely realleges and incorporates preceding paragraphs by reference. The Answering Defendants reallege and incorporate by reference their responses to all prior paragraphs as if fully set forth herein.

179. This paragraph is not directed at Answering Defendants. To the extent a response is required, Answering Defendants deny.

180. Deny.

181. This paragraph is not directed at Answering Defendants. To the extent a response is required, Answering Defendants deny.

## VI.     PLAINTIFF'S JURY DEMAND

In answer to Plaintiff's jury demand, no response is required. To the extent a response is deemed required, Answering Defendants also demand a trial by jury on all issues so triable.

## VII.    PLAINTIFF'S REQUEST FOR RELIEF

In answer to Plaintiff's request for relief, including each numbered paragraph of the prayer for relief, no response is required. To the extent a response is deemed required, Answering Defendants deny that Plaintiff is entitled to any relief whatsoever, including compensatory

DEFENDANTS STEPHANIE RIDGLEY, CHRISTIAN HUGHES, NICOLE TEIGEN, TENNILLE REDMOND, ANTHONY DEAN, APRIL COMBS, AND STEPHANIE MORGAN'S ANSWER TO COMPLAINT - 19

FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

damages, pre-death pain and suffering damages, punitive damages, attorneys' fees, costs, disbursements, pre- or post-judgment interest, or any other relief.

## VIII.   AFFIRMATIVE DEFENSES

By way of further answer and by way of affirmative defense, Answering Defendants allege and state as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint and each and every cause of action purported to be set forth therein fails to allege facts sufficient to state a claim against Answering Defendants upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Answering Defendants are entitled to qualified immunity with respect to Plaintiff's claims under 42 U.S.C. § 1983.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims, in whole or in part, are barred or limited by failure to exhaust administrative or statutory prerequisites, including without limitation the requirements of ORS 30.275 and the Oregon Tort Claims Act.

### FOURTH AFFIRMATIVE DEFENSE

The incident involved herein and any resulting injuries or damages, if any, were caused or contributed to by the acts and/or omissions of third parties over whom Answering Defendants had no control, including but not limited to Douglas County, the Douglas County Sheriff's Office, the Oregon State Police, the Oregon State Hospital, ADAPT Integrated Health Care, Umpqua Health Management and others whose identities are presently unknown to Answering Defendants.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages, if any, were not proximately caused by any act or omission of Answering Defendants.

FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred or should be reduced according to the principles of comparative fault and apportionment, including the apportionment of fault to non-parties.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff and/or decedent failed to mitigate the damages claimed.

### EIGHTH AFFIRMATIVE DEFENSE

The Answering Defendants acted in good faith at all relevant times and within the scope of their employment, training, licensure, and the policies and protocols applicable to their respective roles.

### NINTH AFFIRMATIVE DEFENSE

Plaintiff's claim for punitive damages is barred or limited by the Due Process Clauses of the United States and Oregon Constitutions and by applicable statutory and decisional law.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred or limited, in whole or in part, by the applicable statutes of limitation and repose.

### ELEVENTH AFFIRMATIVE DEFENSE

Defendants are entitled to a setoff or reduction relating to Plaintiff's pre-suit settlements with other parties.

### RESERVATION OF DEFENSES

The Answering Defendants reserve the right to assert additional affirmative defenses as discovery proceeds and additional information becomes available.

**WHEREFORE,** Answering Defendants pray for judgment as follows:

1. That Plaintiff's Complaint be dismissed with prejudice and that Plaintiff take nothing thereby;

2. For an award of Answering Defendants' reasonable attorneys' fees and costs incurred herein to the extent permitted by law, including 42 U.S.C. § 1988; and

FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

3. For such other and further relief as the Court deems just and proper.

DATED this Monday, June 22, 2026.

FOX BALLARD PLLC

By: _____
Jonathan D. Ballard, OSB No. 230240
Ross C. Taylor, OSB No. 227035
Attorneys for Defendants Stephanie
Ridgley, Christian Hughes, Nicole Teigen,
Tennille Redmond, Anthony Dean, April
Combs, and Stephanie Morgan

DEFENDANTS STEPHANIE RIDGLEY, CHRISTIAN
HUGHES, NICOLE TEIGEN, TENNILLE REDMOND,
ANTHONY DEAN, APRIL COMBS, AND STEPHANIE
MORGAN'S ANSWER TO COMPLAINT - 22

FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com

## DECLARATION OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington that I caused a true and correct copy of the foregoing **DEFENDANTS STEPHANIE RIDGLEY, CHRISTIAN HUGHES, NICOLE TEIGEN, TENNILLE REDMOND, ANTHONY DEAN, APRIL COMBS, AND STEPHANIE MORGAN'S ANSWER TO COMPLAINT** to be served via the methods below on this Monday, June 22, 2026, on the following counsel/party of record:

| | |
|---|---|
| Lee Ann Donaldson, OSB No. 093319<br>DONALDSON LAW LLC<br>1211 SW 5th Ave Ste 2250<br>Portland, OR 97204<br>971-258-0085<br><br>***Attorney for Plaintiff*** | ☐   via U.S. Mail, first class, postage<br>☐   via Legal Messenger Hand Delivery<br>☐   via Facsimile<br>☒   via E-Service<br>☐   via E-mail:<br>     leeann@ladonaldsonlaw.com |

Signed at Seattle, WA, on this Monday, June 22, 2026.

*Eric Hufnagel*

Eric Hufnagel, Legal Secretary
FOX BALLARD PLLC
1325 Fourth Avenue, Suite 1500
Seattle, WA 98101
Main: 206-800-2727
eric@foxballard.com

DEFENDANTS STEPHANIE RIDGLEY, CHRISTIAN HUGHES, NICOLE TEIGEN, TENNILLE REDMOND, ANTHONY DEAN, APRIL COMBS, AND STEPHANIE MORGAN'S ANSWER TO COMPLAINT - 23

## FoxBallard
PLLC
1325 Fourth Avenue, Suite 1500 • Seattle, WA 98101
1102 Broadway, Suite 501 • Tacoma, WA 98402
Phone: 206-800-2727 Fax: 206-800-2728
foxballard.com