**Lee Ann Donaldson**
OSB No. 093319
leeann@ladonaldsonlaw.com
Donaldson Law LLC
1211 SW 5th Ave. Ste 2250
Portland, OR 97204
(503)343-1300
Attorney for Plaintiff

**Ross Taylor,** OSB No. 227035
**Jonathan D. Ballard**, OSB No. 230240
ross@foxballard.com
jonathan@foxballard.com
FOX BALLARD PLCC
1325 Fourth Ave. Ste 1500
Seattle, WA 98101
(206)800-2727

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| THE ESTATE OF SKYE BASKIN, by and through its personal representative, TRAI BASKIN,<br><br>Plaintiff,<br><br>v.<br><br>STEPHANIE RIDGLEY, an individual, CHRISTIAN HUGHES, an individual, NICOLE TEIGEN, an individual, TENNILLE REDMOND, an individual, ANTHONY DEAN, an individual APRIL COMBS, an individual, STEPHANIE MORGAN, an individual JOHN DOES 1-10;<br><br>Defendant(s). | Case No.: 6:26-cv-00683-MTK<br><br><br>**JOINT STATUS REPORT** |

PAGE 1 – **JOINT STATUS REPORT**

And

THE WELLPATH HOLDINGS, INC. LIQUIDATED TRUST, MATTHEW J. DUNDON, TRUSTEE,

Nominal Defendant

---

## I.      Conference of Counsel

The parties hereby submit the Joint Status Report.  Pursuant to Fed. R. Civ. P. 26(f), the parties conferred by video conference on July 10, 2026.  Lee Ann Donaldson attended for Plaintiff.  Ross C. Taylor attended on behalf of the individual defendants.

## II.      Initial Disclosures

The parties have agreed to exchange initial disclosures within 30 days of the Rule 26(f) deadline.

## III.      Case Management Schedule

The parties recognize the dates requested by their counsel are beyond the time frame suggested by the court in the Case Management Order, but additional time will be needed in this case.  This case involves a death of an individual, multiple defendants (including a nominal defendant post-bankruptcy), and complex medical and legal issues.  Given the nature of the case, a lengthier discovery period will most likely be necessary.

Counsel for the parties agreed on the following case management schedule:

- Non-Expert discovery to be completed by January 15, 2027.

- Plaintiff's primary expert disclosure to be completed by February 15, 2027.

- Defendant's primary and rebuttal expert disclosures to be completed by March 15, 2027.

- Dispositive motions due by May 14, 2027.

- Pretrial order due 30 days after ruling on dispositive motions.  If no dispositive motions are filed, the pretrial order shall be due by June 14, 2027.

**IV.     Mediation/ADR**

Mediation may be helpful after discovery and dispositive motions in this matter.  The parties will file a joint ADR report 30 days after dispositive motions have been decided. If  no dispositive motions are filed, the pretrial order shall be due by June 14, 2027.

**V.     Rule 16 Conference**

The parties request that the court consider adopting the proposed deadlines in this Joint Status Report in lieu of holding a Rule 16 conference.

Dated July 13, 2026

Lee Ann Donaldson, OSB No. 093319
leeann@ladonaldsonlaw.com
*Counsel for Plaintiff*

_/s/ Ross Taylor__
Ross C. Taylor, OSB No. 227035
Jonathan D. Ballard, OSB No. 230240
ross@foxballard.com
jonathan@foxballard.com
*Counsel for Defendants Stephanie Ridgeley,*
*Christian Hughes, Nicole Teigen, Tennille*
*Redmond, Anthony Dean, April Combs, and*
*Stephanie Morgan*